# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>SUSANNAH J. LESAISAEA,<br><br>Defendants. | Case No. 19-mj-70132-MAG-1 (KAW)<br><br>Charging District: Western District of Missouri<br><br>Charging District's Case No.: 18-00110-04-CR-W-BP |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| | |
|---|---|
| Place: Charles Evans Whittaker U.S. Courthouse<br>400 E. 9th Street, Courtroom<br>Kansas City, MO 64106 | Courtroom No.: 7E Mag. Judge John T. Maughmer Criminal Duty Mag. Judge |
| | Date and Time: February 13, 2019 at 1:30pm |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 1/31/19

*/s/ Kandis A. Westmore*
Kandis A. Westmore
United States District Judge